UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN YOUNG,
XAVIER HORNE,
TRAVIS SMITH, and
ADEBAYO AJAGUNNA,

    Plaintiffs,

v.   Case No. 8:22-cv-02565-KKM-CPT

LB INDEPENDENT CORP.,
LUKAS BUTKEVICIUS,
CARGOPLUS, INC.,
DANGOULE DE MARR,
FLEETECH, INC., and
MINDAUGUS MICKEVICIUS,

    Defendants.
_____

## ORDER

The parties jointly move for court approval of their settlement agreement. (Doc. 51.) In the motion, the parties ask the Court to review their settlement of Plaintiffs' Fair Labor Standards Act claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the Settlement Agreement, the motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

Accordingly, the following is **ORDERED**:

1. The parties' Joint Motion for Settlement Approval (Doc. 51) is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to enter judgment in accord with the Settlement Agreement, to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on August 3, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge